# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (HONORABLE JUDGE MICHAEL S. BERG)

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 25-MJ-5113-MSB |
| Plaintiff, | ORDER |
| vs. | |
| ROSALINA CRUZ GAYTAN, | |
| Defendant. | |

**GOOD CAUSE HAVING BEEN SHOWN**, the court hereby substitutes attorney Isaac Blumberg, to Jay E. Monico, as counsel for defendant, ROSALINA CRUZ GAYTAN.

Dated: 9/29/2025

HONORABLE MICHAEL S. BERG
United States Magistrate Judge

1