# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

Rosalina Cruz Gaytan,

Defendant.

Case No. **25-cr-03980-JLS-1**

JUDGMENT OF DISMISSAL

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☐ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☒ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Information: 21:952 and 960 - Importation of Methamphetamine (Felony)

Dated: 10/1/2026

Janis L. Sammartino

Hon. Janis L. Sammartino
United States District Judge